| | |
|---|---|
| 1 | **DILLINGHAM & MURPHY, LLP** |
| | PATRICK J. HAGAN (SBN 682264) |
| 2 | J. CROSS CREASON (SBN 209492) |
| | BROOK S. PURCELL (SBN 260058) |
| 3 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 4 | Telephone:   (415) 397-2700 |
| | Facsimile:    (415) 397-3300 |
| 5 | Email:    pjh@dillinghammurphy.com |
| | jcc@dillinghammurphy.com |
| 6 | bsp@dillighammurphy.com |
| 7 | Attorneys for Defendant PASCO, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK V. THORNTON, individually and on behalf of all others similary situated and the general public, <br><br> Plaintiff, <br> vs. <br><br> PASCO, INC. d/b/a PASCO and VALIDATI, and DOES 1-20, inclusive <br><br> Defendants. | Case No.: No. CV-09-4992 JCS <br><br> STIPULATION REGARDING TIME TO FILE ANSWER OR OTHER INITIAL RESPONSIVE PLEADING OR MOTION |

### **STIPULATION**

WHEREAS Plaintiff in the above-entitled action served a copy of the summons and complaint filed in the Superior Court of California for the County of San Francisco on Defendant on September 21, 2009.

WHEREAS timely filed a Notice of Removal in this Court on October 20, 2009.

WHEREAS the time for Defendant to file an answer to the complaint or other responsive pleading or motion under Fed.R.Civ.Pro. Rule 81(c) is October 27, 2009.

//

1     WHEREAS Plaintiff has agreed to extend the time for Defendant to answer or file
2 some other initial responsive pleading or motion by two weeks through and including
3 November 10, 2009.

4     **SO STIPULATED**

6     MARKUN, SUZMAN & COMPTON LLP
7 Dated October 21, 2009

9 By:_____/s/_____
KEVIN ENG, Esq.
10 Attorneys for Plaintiff MARK V.
THORNTON, individually and on behalf
11 of all others similarly situated and the
general public

15 Dated: October 21, 2009     DILLINGHAM & MURPHY, LLP

17 By:_____/s/_____
J. CROSS CREASON, ESQ.
18 Attorneys for Defendants
PASCO, Inc.

22 Dated: October 26, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
(United States District Court, Northern District of California seal)

---

Case No. CV-09-4992 JCS     Stipulation re Time to File Responsive Pleading