1   **DILLINGHAM & MURPHY, LLP**
    PATRICK J. HAGAN (SBN 682264)
2   J. CROSS CREASON (SBN 209492)
    BROOK S. PURCELL (SBN 260058)
3   225 Bush Street, 6th Floor
    San Francisco, California 94104-4207
4   Telephone:    (415) 397-2700
    Facsimile:    (415) 397-3300
5   Email:        pjh@dillinghammurphy.com
                  jcc@dillinghammurphy.com
6                 bsp@dillighammurphy.com

7       Attorneys for Defendant PASCO, Inc.

8

9

10

11                  UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

14  MARK V. THORNTON, individually and on       Case No.: No. CV-09-4992 JCS
    behalf of all others similary situated and the
15  general public,                             STIPULATION REGARDING TIME TO
                                                FILE ANSWER OR OTHER INITIAL
16              Plaintiff,                      RESPONSIVE PLEADING OR MOTION
            vs.
17
    PASCO, INC.d/b/a PASCO and VALIDATI,
18  and DOES 1-20, inclusive
19              Defendants.
20

21                          **STIPULATION**

22      WHEREAS Plaintiff in the above-entitled action served a copy of the summons and

23  complaint filed in the Superior Court of California for the County of San Francisco on

24  Defendant on September 21, 2009.

25      WHEREAS timely filed a Notice of Removal in this Court on October 20, 2009.

26      WHEREAS the time for Defendant to file an answer to the complaint or other

27  responsive pleading or motion under Fed.R.Civ.Pro. Rule 81(c) is October 27, 2009.

28  //

1      WHEREAS Plaintiff has agreed to extend the time for Defendant to answer or file

2   some other initial responsive pleading or motion by two weeks through and including

3   November 10, 2009.

4      **SO STIPULATED**

5

6                                              MARKUN, SUZMAN & COMPTON LLP

7   Dated October 21, 2009

8

9                                              By:_____/s/_____
                                               KEVIN ENG, Esq.
10                                             Attorneys for Plaintiff MARK V.
                                               THORNTON, individually and on behalf
11                                             of all others similarly situated and the
                                               general public
12

13

14

15  Dated:  October 21, 2009                   DILLINGHAM & MURPHY, LLP

16

17                                             By:_____/s/_____
                                               J. CROSS CREASON, ESQ.
18                                             Attorneys for Defendants
                                               PASCO, Inc.
19

20

21

22  Dated:  October 26, 2009

23

24

25

26

27

28

---

Case No. CV-09-4992 JCS                          Stipulation re Time to File Responsive Pleading