| | |
|---|---|
| 1 | **DILLINGHAM & MURPHY, LLP** |
| | PATRICK J. HAGAN (SBN 682264) |
| 2 | J. CROSS CREASON (SBN 209492) |
| | BROOK S. PURCELL (SBN 260058) |
| 3 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 4 | Telephone:   (415) 397-2700 |
| | Facsimile:   (415) 397-3300 |
| 5 | Email:   pjh@dillinghammurphy.com |
| |            jcc@dillinghammurphy.com |
| 6 |            bsp@dillighammurphy.com |
| 7 |    Attorneys for Defendant PASCO, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK V. THORNTON, individually and on behalf of all others similarly situated and the general public, | Case No.: C-09-4992 SC |
| Plaintiff, | [~~PROPOSED~~] **STIPULATED SCHEDULING ORDER** |
| vs. | |
| PASCO, INC. d/b/a PASCO and VALIDATI, and DOES 1-20, inclusive | |
| Defendants. | |

MARK V. THORNTON, individually and on behalf of all others similarly situated and the general public, ("Plaintiff") and Defendant PASCO, INC. d/b/a PASCO and VALIDATI ("PASCO") hereby STIPULATE to the following Schedule:

1. Within thirty-five (35) days of the Court's ruling on PASCO's Rule 12(b)(6) motion, the parties shall exchange Disclosures pursuant to Rule 26(a) and, within fourteen (14) days thereafter, produce the non-privileged documents identified therein, appropriately Bates-numbered;

2. Following the date to produce disclosed documents set forth in Paragraph 1 above, the parties shall have ninety-one (91) days to conduct all discovery related to class certification ("Class Discovery");

3. Within thirty-five (35) days following the close of Class Discovery, and even though a Rule 12 motion may be pending, either party hereto shall file any dispositive motion, or give prompt Notice of its intention not to do so within fourteen (14) days of the close of Class Discovery; this provision does not foreclose any party from seeking relief pursuant to Rule 56(f);

4. Within thirty-five (35) days from the disposition of any Rule 12 motion, and the disposition of any dispositive motion, or from the Notice required by paragraph 3, above, whichever brings motion practice to a conclusion and results in a pending unchallenged complaint, Plaintiff shall move for Class Certification; and

5. This STIPULATION may be executed and tendered to the Court in counterpart.

DATED: 12-17-2009                          MARKUN ZUSMAN & COMPTON LLP

                                           By      _____/s/_____
                                               Kevin Eng, Esq.
                                               Attorneys for Plaintiff Mark Thornton


DATED: 12-17-2009                          DILLINGHAM & MURPHY, LLP

                                           By      _____/s/_____
                                               J. Cross Creason, Esq.
                                               Attorneys for Defendant PASCO, Inc

**ORDER:**

**IT IS SO ORDERED.**

DATED: 12/18/09                            _____
                                           UNITED STATES DISTRICT COURT JUDGE