DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN 682264)
J. CROSS CREASON (SBN 209492)
BROOK S. PURCELL (SBN 260058)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: pjh@dillinghammurphy.com
jcc@dillinghammurphy.com
bsp@dillinghammurphy.com

Attorneys for Defendant,
PASCO, INC., d/b/a PASCO and VALIDATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK V. THORNTON, individually and on behalf of all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>PASCO, INC., d/b/a PASCO and VALIDATI and DOES 1-20, inclusive,,<br><br>Defendant. | No. 09-CV-04992 SC (JCS)<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [proposed] ORDER THEREON** |

Defendant, PASCO, INC. d/b/a PASCO and VALIDATI ("PASCO"), hereby requests the Court to approve the substitution of Nixon Peabody LLP as its attorney of record in place and stead of Dillingham & Murphy, LLP. PASCO consents to this substitution.

Dated: January 18, 2010

PASCO, INC. d/b/a PASCO and VALIDATI

By: _____
Peter A. Spitalieri
President and CEO

1  Dillingham & Murphy, LLP as counsel substituting out, consents to this substitution.

                                                DILLINGHAM & MURPHY, LLP

Dated: January 19, 2010                         By: _____
                                                    PATRICK J. HAGAN
                                                    J. CROSS CREASON
                                                    BROOKE S. PURCELL
                                                    Present Attorneys for Defendant,
                                                    PASCO, INC.


Nixon Peabody LLP, as counsel substituting in, consents to this substitution. Attorneys Paul J. Hall (SBN: 66084), Walter T. Johnson (SBN: 111094), Krista P. Bell (SBN: 245884), and Brian J. Smith (SBN: 257827) of Nixon Peabody LLP will be the new attorneys of record for PASCO. Their contact information is as follows: Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3996; telephone (415) 984-8200; facsimile (415) 984-8300.

                                                NIXON PEABODY LLP

Dated: January 19, 2010                         By: _____
                                                    PAUL J. HALL
                                                    ISABELLE L. ORD
                                                    BRIAN J. SMITH
                                                    New Attorneys for Defendant,
                                                    PASCO, INC.

-2-

**[PROPOSED] ORDER**

The Court hereby orders that the request of Defendant PASCO, INC. d/b/a PASCO and VALIDATI ("PASCO") to substitute Paul J. Hall (SBN: 66084), Walter T. Johnson (SBN: 111094), Krista P. Bell (SBN: 245884), and Brian J. Smith (SBN: 257827) of Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3996; telephone (415) 984-8200; facsimile (415) 984-8300 as attorneys of record in place and stead of Dillingham & Murphy, LLP is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 19, 2010   By: 
THE HONORABLE SAMUEL CONTI
United States District Judge

-3-