| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | PATRICK J. HAGAN (SBN 682264) |
| 2 | J. CROSS CREASON (SBN 209492) |
| | BROOK S. PURCELL (SBN 260058) |
| 3 | 225 Bush Street, 6th Floor |
| | San Francisco, California 94104-4207 |
| 4 | Telephone: (415) 397-2700 |
| | Facsimile: (415) 397-3300 |
| 5 | Email: pjh@dillinghammurphy.com |
| | jcc@dillinghammurphy.com |
| 6 | bsp@dillinghammurphy.com |

Attorneys for Defendant,
PASCO, INC., d/b/a PASCO and VALIDATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK V. THORNTON, individually and on behalf of all others similarly situated and the general public, | No. 09-CV-04992 SC (JCS) |
| Plaintiffs, | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [proposed] ORDER THEREON |
| vs. | |
| PASCO, INC., d/b/a PASCO and VALIDATI and DOES 1-20, inclusive,, | |
| Defendant. | |

Defendant, PASCO, INC. d/b/a PASCO and VALIDATI ("PASCO"), hereby requests the Court to approve the substitution of Nixon Peabody LLP as its attorney of record in place and stead of Dillingham & Murphy, LLP. PASCO consents to this substitution.

PASCO, INC. d/b/a PASCO and VALIDATI

Dated: January 18, 2010

By: _____
Peter A. Spitalieri
President and CEO

Substitution of Attorney
and Proposed Order
Case No. 09-cv-04992 SC (JCS)

1  Dillingham & Murphy, LLP as counsel substituting out, consents to this substitution.

DILLINGHAM & MURPHY, LLP

Dated: January 19, 2010   By: _____
PATRICK J. HAGAN
J. CROSS CREASON
BROOKE S. PURCELL
Present Attorneys for Defendant,
PASCO, INC.

Nixon Peabody LLP, as counsel substituting in, consents to this substitution. Attorneys Paul J. Hall (SBN: 66084), Walter T. Johnson (SBN: 111094), Krista P. Bell (SBN: 245884), and Brian J. Smith (SBN: 257827) of Nixon Peabody LLP will be the new attorneys of record for PASCO. Their contact information is as follows: Nixon Peabody LLP, One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3996; telephone (415) 984-8200; facsimile (415) 984-8300.

NIXON PEABODY LLP

Dated: January 19, 2010   By: _____
PAUL J. HALL
ISABELLE L. ORD
BRIAN J. SMITH
New Attorneys for Defendant,
PASCO, INC.

-2-

Substitution of Attorney
and Proposed Order
Case No. 09-cv-04992 SC (JCS)

1 **[PROPOSED] ORDER**

2 The Court hereby orders that the request of Defendant PASCO, INC. d/b/a PASCO and

3 VALIDATI ("PASCO") to substitute Paul J. Hall (SBN: 66084), Walter T. Johnson (SBN: 111094),

4 Krista P. Bell (SBN: 245884), and Brian J. Smith (SBN: 257827) of Nixon Peabody LLP,

5 One Embarcadero Center, 18th Floor, San Francisco, CA 94111-3996; telephone (415) 984-8200;

6 facsimile (415) 984-8300 as attorneys of record in place and stead of Dillingham & Murphy, LLP is

7 hereby **GRANTED**.

9 **IT IS SO ORDERED.**

11 Dated: January 19, 2010   By: 

THE HONORABLE SAMUEL CONTI
United States District Judge

-3-

Substitution of Attorney
and Proposed Order
Case No. 09-cv-04992 SC (JCS)